**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000068
19-JUN-2026
09:23 AM
Dkt. 66 OAWST**

NO. CAAP-25-0000068

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR
SECURITIZED ASSET BACKED RECEIVABLES LLC 2005-FR5
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FR-5,
Plaintiff-Appellee,
v.
PHONGPUN GILBERT, Defendant-Appellant,
and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
UNITED STATES OF AMERICA; DIRECTOR, DEPARTMENT OF
TAXATION, STATE OF HAWAIʻI, Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; and
DOE GOVERNMENTAL UNITS 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5CC181000064)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon consideration of Plaintiff-Appellee Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC 2005-FR5 Mortgage Pass-Through Certificates, Series 2005-FR5's June 8, 2026 "Stipulation for Dismissal with Prejudice of Defendant-Appellant Phongpun Gilbert's Notice of Appeal to the Intermediate Court of Appeals of the State of Hawaii from the January 8, 2025 Judgment, Filed Herein on February 7, 2025," and the record, it appears that: (1) the appeal has been docketed, (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs

on appeal, (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal, and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, June 19, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge